IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PERRY DAVIS, on his own behalf
and others similarly situated,

       Plaintiff,

vs.                            CASE NO. 6:05-cv-1743-ORL-28JGG

TAMPA SERVICE COMPANY, INC.
d/b/a "Pacesetter Personnel Service",
a Florida corporation,

       Defendant.
_____/

## DECLARATION OF DAVID STEVENS IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION

I, DAVID STEVENS, aver and say as follows:

1. I am a managing agent for Tampa Service Company, Inc. d/b/a "Pacesetter Personnel Service" (hereinafter referred to as "TSC"). The facts set forth in this Declaration are based on an examination of records of activity maintained in the regular course of TSC's business. Said records contain information that was recorded at or near the time of the occurrence of the facts recorded, by, or from information transmitted by, a person with knowledge of the facts recorded.

2. TSC is in the business of providing skilled and unskilled laborers on a temporary basis to a variety of customers located throughout the State of Florida.

3. On or about June 24, 2002 TSC and PERRY DAVIS entered into an Employment Agreement containing a binding arbitration clause (hereinafter referred to as the Employment

Agreement).   A true and correct copy of the Employment Agreement is attached to my Declaration as Attachment "A."

4.    I have executed this Declaration within the United States.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 5, 2006.

**[Remainder of page intentionally left blank]**

_____
DAVID STEVENS

**[Remainder of page intentionally left blank]**

SHUMAKER, LOOP & KENDRICK, LLP

By: s/Kevin H. Graham
KEVIN H. GRAHAM, ESQUIRE
Florida Bar No. 615986
P.O. Box 172609
Tampa, Florida 33672-0609
Telephone: 813/229-7600
Facsimile: 813/229-1660
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2006 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard Celler, Esquire, Celler Legal Group, 284 South University Drive, Ft. Lauderdale, Florida 33324.

s/Kevin H. Graham
KEVIN H. GRAHAM, ESQUIRE
Florida Bar No. 615986
Counsel for Defendant
Shumaker, Loop & Kendrick, LLP
P.O. Box 172609
Tampa, Florida 33672-0609
Telephone: (813)229-7600
Facsimile: (813)229-1660
E-mail: kgraham@slk-law.com